AO 245A (Rev. 12/03) Judgment of Acquittal

# UNITED STATES DISTRICT COURT

_____ DISTRICT OF _____

UNITED STATES OF AMERICA

V.

**JUDGMENT OF ACQUITTAL**

CASE NUMBER:

    The Defendant was found not guilty on February 5, 2010. IT IS ORDERED that the Defendant is acquitted, discharged, and any bond exonerated.

/s/SOLOMON OLIVER, JR.

Signature of Judge

Solomon Oliver, Jr., United States District Judge

Name of Judge      Title of Judge

February 5, 2010

Date